# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; AND THEODORE A. PINNOCK, AN INDIVIDUAL,<br><br>Plaintiff,<br>vs.<br>COTTAGE LJ, INC., d.b.a. THE COTTAGE; TAB MOUNT CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO. 06cv1883 LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

On September 15, 2006, Plaintiffs filed this action against Defendants Cottage LJ, Inc. and Tab Mount Corporation. On December 12, 2006, Defendant Cottage LJ, Inc. filed its answer. Defendant Tab Mount Corporation has not filed an answer or otherwise appeared in this action.

/ / /

/ / /

/ / /

/ / /

/ / /

1  On February 8, 2007, Plaintiffs and Defendant Cottage LJ, Inc. filed a joint motion to
2  dismiss all Defendants, and to dismiss this action in its entirety with prejudice, pursuant to
3  Fed. R. Civ. P. 41(a).  The Court therefore **GRANTS** the joint motion.  All Defendants are
4  hereby **DISMISSED** and the action is **DISMISSED WITH PREJUDICE**.

6  **IT IS SO ORDERED**.
7  DATED: February 9, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge